1  SEAN P. NALTY (SBN 121253)
   sean.nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   shivani.nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Telephone:  (415) 433-0990
   Facsimile:  (415) 434-1370

6

7  Attorneys for Defendant
   FS SAN FRANCISCO EMPLOYMENT, INC.'S
   LONG TERM DISABILITY PLAN
8  and Real Party in Interest
   LIFE INSURANCE COMPANY OF NORTH AMERICA

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | ALFREDO LEON OREA,                    ) Case No.: CV 09-2538 WHA
                                           )
13 |         Plaintiff,                    ) **STIPULATION REGARDING DATE
                                           ) TO ANSWER OR OTHERWISE
14 |    v.                                 ) RESPOND TO PLAINTIFF'S
                                           ) COMPLAINT; AND [~~PROPOSED~~]
15 | FS SAN FRANCISCO EMPLOYMENT, INC.'S   ) ORDER**
   | LONG TERM DISABILITY PLAN,            )
16 |                                       ) **[Local Rule 6-1]**
   |         Defendants.                   )
17 |_____)
                                           ) Action Filed: June 8, 2009
18 | LIFE INSURANCE COMPANY OF NORTH       ) Honorable William H. Alsup
   | AMERICA,                              )
19 |                                       )
   |         Real Party in Interest.       )
20 |_____)

21      **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff

22 Alfredo Leon Orea, defendant FS San Francisco Employment, Inc.'s Long Term Disability Plan

23 ("the Plan"), and real party in interest Life Insurance Company of North America ("LINA")

24 through its attorneys of record; as follows:

25      1.  Plaintiff filed an amended complaint on July 15, 2009;

26      2.  LINA and the Plan have not been served with the summons and amended complaint

27 in this action;

28
                                            1
   **STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
                        COMPLAINT; AND [PROPOSED] ORDER**
   USDC NDCA Case CV 09-2538 WHA
   469017.1

3. LINA and the Plan have agreed to waive service of the summons and amended complaint in this action;

4. The parties have agreed that LINA and the Plan's response to the amended complaint shall be due on or before September 18, 2009; and;

5. This stipulated date for LINA and the Plan to respond to the amended complaint will alter the date of events and deadlines already fixed by the Court.  In its June 8, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the Court set the Initial Case Management Conference date for September 17, 2009.  If the Court approves this stipulation, the Initial Case Management Conference date will need to be continued so that the parties can conduct the FRCP Rule 26(f) conference twenty-one (21) days before the scheduling conference.

Date: August 21, 2009            WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP


                                       By:   */s/ Shivani Nanda*
                                             SEAN P. NALTY
                                             SHIVANI NANDA
                                             Attorneys for Defendant
                                             FS SAN FRANCISCO EMPLOYMENT, INC.'S
                                             LONG TERM DISABILITY PLAN
                                             and Real Party in Interest
                                             LIFE INSURANCE COMPANY OF NORTH
                                             AMERICA

Date: August 21, 2009            LAW OFFICES OF LAURENCE F. PADWAY


                                       By:   */s/ Laurence F. Padway*
                                             LAURENCE F. PADWAY
                                             Attorney for Plaintiff
                                             ALFREDO LEON OREA

**ORDER**

**IT IS SO ORDERED.**

Date: August 25, 2009.            _____
                                                APPROVED
                                                Judge William Alsup
                                             Honorable William H. Alsup
                                             United States District Judge

The case management conference is continued to October 15, 2009, at 11:00 a.m.  A joint statement is due on October 8.  THERE WILL BE NO FURTHER CONTINUANCES.

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case CV 09-2538 WHA
469017.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2009.

          /s/ *Shivani Nanda*
          SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:	(415) 433-0990
Fax:	(415) 434-1370

---

3
**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case CV 09-2538 WHA
469017.1