1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for plaintiff
5        Alfredo Leon Orea

6  SEAN P. NALTY (SBN 121253)
   sean.nalty@wilsonelser.com
7  SHIVANI NANDA (SBN 253891)
   shivani.nanda@wilsonelser.com
8  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
9  525 Market Street, 17th Floor
   San Francisco, CA 94105
10 Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
11
   Attorneys for Defendant
12 FS SAN FRANCISCO EMPLOYMENT, INC.'S
   LONG TERM DISABILITY PLAN
13 and Real Party in Interest
   LIFE INSURANCE COMPANY OF NORTH AMERICA
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17
   ALFREDO LEON OREA,                          No. C09-02538 WHA
18
                                               STIPULATION AND (PROPOSED)
19        Plaintiff,                           ORDER TO CONTINUE BRIEFING
      vs.                                      SCHEDULE AND HEARING DATE
20                                             FOR DEFENDANT'S MOTION FOR
   FS SAN FRANCISCO                            SUMMARY JUDGMENT
21 EMPLOYMENT, INC.'s LONG TERM
   DISABILITY PLAN,
22
          Defendant.
23 _____/

24 LIFE INSURANCE COMPANY OF
   NORTH AMERICA,
25
          Real Party In Interest
26
   _____/
27
        Whereas, Plaintiff's opposition to Defendant's motion for summary judgment is due on
28

Stip re MSJ                          1

January 28, 2010; and

Whereas, counsel for plaintiff requires additional time because (1) the administrative record is massive, over 1900 pages, and (2) counsel for plaintiff is working a reduced schedule for health and personal reasons,

Now, therefore, the parties stipulate to the following briefing schedule and hearing date:

| | |
|---|---|
| February 4, 2010: | Deadline for Plaintiff to file its opposition to Defendant's Motion for Summary Judgment |
| February 11, 2010: | Deadline for Defendant to file its Reply |
| February 25, 2010: | Hearing Date |

IT IS SO STIPULATED.

Date: January 25, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
Sean P. Nalty
Shivana Nanda
Attorneys for Defendant FS SAN FRANCISCO EMPLOYMENT, INC.'S LONG TERM DISABILITY PLAN and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: January 25, 2010        LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
ALFREDO LEON OREA

Stip re MSJ                                    2

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Date: January 28, 2010.   By: _____
4  Honorable William H. Alsup
   United States District Court Judge



Stip re MSJ                                3