IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO LEON OREA,

    Plaintiff,

v.

FS SAN FRANCISCO EMPLOYMENT, INC.'S LONG TERM DISABILITY PLAN,

    Defendant.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party in Interest.

No. C 09-02538 WHA

**ORDER RE STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    This is an ERISA action challenging a denial of disability benefits. Because counsel for plaintiff is working a reduced schedule for health and personal reasons, the hearing on defendant's motion for summary judgment was continued from February 18 to February 25, 2010. The parties have now stipulated to continue the briefing schedule and the hearing in this matter by an additional week for the same given reason. The continuance is **DENIED WITHOUT PREJUDICE**. If they renew their motion, counsel for plaintiff should file a sworn declaration explaining in detail the reasons why he needs a continuance.

    **IT IS SO ORDERED.**

Dated: February 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE