IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO LEON OREA,

    Plaintiff,

v.

FS SAN FRANCISCO EMPLOYMENT, INC.'S LONG TERM DISABILITY PLAN,

    Defendant.
    /

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party in Interest.
    /

No. C 09-02538 WHA

**ORDER RE STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    This is an ERISA action challenging a denial of disability benefits. Due to plaintiff counsel's health and personal reasons, the parties have stipulated to extend the briefing schedule and hearing date on defendant's motion for summary judgment by one week. A previous extension of one week was granted for the same reasons. Plaintiff's counsel has submitted a sworn declaration explaining why the second extension is needed. For good cause shown, the extension is **GRANTED**. Plaintiff's opposition to defendant's motion for summary judgment must be filed by **FEBRUARY 11, 2010.** Defendant's reply must be filed by

**FEBRUARY 18, 2010.**  The hearing on defendant's motion for summary judgment will be held on **MARCH 4, 2010.**

    **IT IS SO ORDERED.**

Dated: February 5, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE