IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO LEON OREA,

    Plaintiff,

v.

FS SAN FRANCISCO EMPLOYMENT, INC.'S LONG TERM DISABILITY PLAN,

    Defendant.
_____/

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party in Interest.
_____/

No. C 09-02538 WHA

**ORDER DENYING FURTHER MODIFICATION TO BRIEFING SCHEDULE**

    This is an ERISA action challenging a denial of disability benefits. Due to plaintiff counsel's health and personal reasons, the parties stipulated to and a previous order granted an extension of the briefing schedule and hearing date on defendant's motion for summary judgment by two weeks. Plaintiff's opposition to defendant's motion for summary judgment was filed on February 11, 2010. Defendant's reply is due by Thursday, February 18 and the hearing on defendant's motion for summary judgment is scheduled for March 4. On February 17, the parties stipulated to seek an extension for defendant to file its reply until Tuesday,

February 22. No reason for this additional extension has been given. Because no good cause has been shown, the extension is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2