1  SEAN P. NALTY  (SBN 121253)
   Email: sean.nalty@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Email: shivani.nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant
7  FS SAN FRANCISCO EMPLOYMENT, INC.'S
   LONG TERM DISABILITY PLAN
8  and Real Party in Interest
   LIFE INSURANCE COMPANY OF NORTH AMERICA
9

10 LAURENCE F. PADWAY, (SBN 89314)
   Email: Lpadway@padway.com
11 LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
12 Alameda, California 94501
   Telephone: (510)814-0680
13 Facsimile : (510)814-0650

14 Attorneys for Plaintiff
   ALFREDO LEON OREA
15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18 | ALFREDO LEON OREA,            ) Case No.:  CV 09-2538 WHA
                                   )
19 |         Plaintiff,            ) Honorable William H. Alsup
                                   )
20 |    v.                         ) **STIPULATION OF THE PARTIES RE:**
                                   ) **REQUEST FOR CONTINUANCE OF**
21 | FS SAN FRANCISCO EMPLOYMENT, INC.'S ) **SCHEDULING ORDER AND**
     LONG TERM DISABILITY PLAN,    ) ~~PROPOSED~~ **ORDER**
22                                 )
            Defendants.             )
23 |_____ )
                                   )
24 | LIFE INSURANCE COMPANY OF NORTH )
     AMERICA,                      )
25                                 )
            Real Party in Interest. )
26 |_____ )

27

28 _____
                                        1
   **STIPULATION OF THE PARTIES RE: REQUEST FOR CONTINUANCE OF SCHEDULING ORDER**
   USDC NDCA Case # CV 09-2538 WHA
   527997.1

Plaintiff, Alfredo Leon Orea ("Plaintiff"), defendants FS San Francisco Employment Inc's Long-Term Disability Plan ("the Plan"), and Real Party in Interest Life Insurance Company of North America ("LINA"), through their counsel of record, hereby submit the following stipulation and request for a thirty day continuance of the Scheduling Order in this matter.

This matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). In an order dated March 8, 2010, the court set a pretrial conference in this matter for April 19, 2010 and a trial in this matter for April 26, 2010. The Court also granted various discovery requests and ordered that this discovery be completed by March 29, 2010.

The parties have been discussing possible resolution of this matter along with taking steps to comply with the discovery order. The parties are continuing to make efforts to settle this matter.

As part of the order, the Court ordered the deposition of Dr. Dell be taken. Dr. Dell does not have an available date for deposition until April 15, 2010. Counsel for defendant advised Dr. Dell's office of the Court order and was advised that Dr. Dell did not have time in his schedule to complete the deposition prior to April 15, 2010. The parties set the deposition for that date.

Mr. Padway has a jury trial in Nebraska that starts on April 5, 2010 and it is estimated to take 5 to 7 days. He is leaving on the 30th of March to go to Nebraska to prepare witnesses and engage in other pre-trial activities. This may necessitate having to move Dr. Dell's deposition.

In addition, the Court ordered that the deposition of a representative from MES be taken. MES is an entirely separate company who is not a party to this action. The witness to be deposed is in New Jersey. Counsel for defendant is making try to set up this deposition.

The Court also ordered the deposition of a representative of Life Insurance Company of North America. The deponent for this deposition is in Pittsburgh, Pennsylvania. Counsel for defendants will have to travel back to Pittsburgh for the deposition making it more difficult to schedule.

As a result of each of the items as set forth above, the parties respectfully that the Court extend the scheduling order in this matter at least twenty-three (23) to give the parties the opportunity to complete the discovery order by the Court. The parties will continue to diligently

prosecute this matter and diligently try to comply with the court's order. However, the complexities of the discovery, as narrated above, have resulted in the parties needing additional time.

Accordingly, based on the foregoing set forth above, the parties, through their counsel of record, hereby stipulate that the court can extend the Scheduling Order in this matter 23 days. The parties also stipulate that the pre-trial conference and trial in this matter can be moved consistent with this continuance.

Date: March 26, 2010

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
SHIVANI NANDA
Attorneys for Defendant
FS SAN FRANCISCO EMPLOYMENT, INC.'S
LONG TERM DISABILITY PLAN and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: March 26, 2010

LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
ALFREDO LEON OREA

### ORDER

BASED ON THE STIPULATION OF THE PARTIES, and

GOOD CAUSE APPEARING THEREFORE, the date set forth in the March 8, 2010 Order of the court for completion of discovery is extended ~~thirty days~~ April 30, 2010. In addition, the pretrial conference in this matter is continued to May 10, 2010 and the trial date in this matter is continued to May 17, 2010. THERE WILL BE NO FURTHER CONTINUANCES.

Date: March 29, 2010.

By: _____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

STIPULATION OF THE PARTIES RE: REQUEST FOR CONTINUANCE OF SCHEDULING ORDER
USDC NDCA Case # CV 09-2538 WHA
527997.1

# CERTIFICATE OF SERVICE
*Alfredo Leon Orea v. Life Insurance Company of North America*
*USDC NDCA Case CV09-02538 WHA*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF THE PARTIES RE: REQUEST FOR CONTINUANCE OF SCHEDULING ORDER AND [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Laurence F. Padway, SB#89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Street 109
Alameda, CA 94501
Tel: (510) 814-0680
Fax: (510) 814-0650
Attorneys for Plaintiff
ALFREDO LEON OREA

2
CERTIFICATE OF SERVICE
USDC NDCA Case CV 09-2538 WHA
454564.1

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **March 26, 2010** at San Francisco, California.

_____
Stacey Muller

3
CERTIFICATE OF SERVICE
USDC NDCA Case CV 09-2538 WHA
454564.1