IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO LEON OREA,

    Plaintiff,

  v.

FS SAN FRANCISCO EMPLOYMENT, INC.'S LONG TERM DISABILITY PLAN,

    Defendant.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party in Interest.

No. C 09-02538 WHA

**ORDER RE NOTICE OF SETTLEMENT**

Plaintiff's counsel has filed a notice that the parties have reached a settlement in this matter and anticipate filing a stipulation for dismissal within the next 30 days. All deadlines need to be honored until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: April 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE