IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO LEON OREA,

    Plaintiff,

  v.

FS SAN FRANCISCO EMPLOYMENT, INC.'S LONG TERM DISABILITY PLAN,

    Defendant.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Real Party in Interest.

No. C 09-02538 WHA

**ORDER RE STIPULATION FOR DISMISSAL**

The parties have filed a notice of settlement and stipulated dismissal of this action. However, the signature for defendant and real party in interest is omitted. Pursuant to Rule 41(a)(ii), a stipulated dismissal must be signed by all parties who have appeared.

**IT IS SO ORDERED.**

Dated: April 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE