1  LAURENCE F. PADWAY, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-0680
   Facsimile : (510)814-0650
4
   Attorneys for plaintiff
5  ALFREDO LEON OREA

6  SEAN P. NALTY  (SBN #121253)
   SHIVANI NANDA  (SBN# 235891)
7  WILSON, ELSER, MOSKOWITZ,
     EDELMAN& DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, CA  94105
9  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
10
   Attorneys for Defendant FS SAN FRANCISCO
11 EMPLOYMENT, INC.'s LONG TERM
   DISABILITY PLAN and Real Party in Interest LIFE
12 INSURANCE COMPANY OF NORTH AMERICA

13
                       UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

16 ALFREDO LEON OREA,                          No. C09-02538 WHA

17                                             STIPULATION AND [PROPOSED]
              Plaintiff,                       ORDER RE DISMISSAL
18      vs.

19 FS SAN FRANCISCO
   EMPLOYMENT, INC.'s LONG TERM
20 DISABILITY PLAN,

21            Defendant.
   _____/
22
   LIFE INSURANCE COMPANY OF
23 NORTH AMERICA,

24            Real Party In Interest

25 _____/

26      Whereas, settlement in the above matter has been reached. The parties, by and through their

27 respective counsel of record, hereby stipulate and agree that the above named action be dismissed,

28 with prejudice and in its entirety as to each party and Real Party in Interest, with each party to be

   Stipulation re Dismissal                   1

1 | responsible for their own attorney's fees and costs.

4 | Date: April 28, 2010       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/
      SEAN P. NALTY
      SIVANI NANDA
      Attorneys for Defendant FS SAN FRANCISCO
      EMPLOYMENT, INC.'s LONG TERM
      DISABILITY PLAN and Real Party in Interest LIFE
      INSURANCE COMPANY OF NORTH AMERICA

13 | Date: April 27, 2010       LAW OFFICES OF LAURENCE F. PADWAY

By:   /s/
      LAURENCE F. PADWAY
      Attorneys for Plaintiff
      Alfredo Leon Orea

     PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, all real parties in interest, and all claims for relief, each party to be responsible for their own attorney's fees and costs.

Date:   April 28, 2010.    By:   _____
                                  Honorable William H. Alsup
                                  United States District Court

IT IS SO ORDERED
Judge William Alsup

Stipulation re Dismissal                    2